1012

[No. 5895-1. Division One. January 29, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER ELLIS CUMMINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 77914, Peter K. Steere, J., entered August 23, 1977. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Swanson and Williams, JJ.

[No. 5929-1. Division One. January 29, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ANTHONY NEAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82147, Frank J. Eberharter, J., entered August 24, 1977. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Swanson and Williams, JJ.

[No. 5953-1. Division One. January 29, 1979.]

*In the Matter of the Marriage of* NANCY A. KAWACHI, *Appellant,* and GARY T. KAWACHI, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. D-89977, James W. Mifflin, J., entered August 25, 1977. *Remanded* by unpublished opinion per James, J., concurred in by Swanson and Ringold, JJ.

[No. 5954-1. Division One. January 29, 1979.]

JERAULD DOUGLAS MILLER, INC., *Appellant*, v. JOHN F. MCGOVERN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 816522, James W. Mifflin, J., entered August 29, 1977. *Reversed* by unpublished opinion per Ringold, J., concurred in by Williams and Dore, JJ.